# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

### No. ACM 39854 (f rev)

———————————

### UNITED STATES
*Appellee*

**v.**

### Cody M. BROWN
Senior Airman (E-4), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

*Upon Further Review*

Decided 29 August 2022

———————————

*Military Judge:* Colin P. Eichenberger; Charles G. Warren (post-trial).

*Sentence:* Sentence adjudged on 3 December 2019 by GCM convened at Joint Base Lewis-McChord, Washington. Sentence entered by military judge on 23 January 2020 and re-entered on 29 January 2020 and again on 21 September 2021: Dishonorable discharge, confinement for 6 months, forfeiture of all pay and allowances, and reduction to E-1.

*For Appellant:* Major Benjamin H. DeYoung, USAF; Major Eshawn R. Rawlley, USAF.

*For Appellee:* Major John P. Patera, USAF; Mary Ellen Payne, Esquire.

Before JOHNSON, KEY, and ANNEXSTAD, *Appellate Military Judges*.

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

———————————

PER CURIAM:

Appellant's case is before this court a second time. Our court previously remanded this case to the Chief Trial Judge, Air Force Trial Judiciary, to re-

solve Appellant's sole assignment of error, a substantial issue with the convening authority's decision memorandum, as the action taken on Appellant's adjudged sentence was ambiguous and incomplete. The convening authority subsequently approved Appellant's sentence, resulting in a new entry of judgment and correcting the error Appellant raised.

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d), *Manual for Courts-Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.[*]

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court

---

[*] We note that in addition to a correct, unredacted "Second Corrected Copy" of the entry of judgment dated 21 September 2021, the record also contains a partially redacted "Second Corrected Copy" with the same date. However, this partially redacted version fails to redact the victim's name at certain points in the Specification, and also employs incorrect initials in place of the victim's name at other points. We find these errors in the partially redacted version do not impair our ability to review and affirm the findings and sentence.